Hester GOWIN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27220.

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

Jesus VILLAGAS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27225.

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the driving, while intoxicated, of a motor vehicle upon a public

highway. Punishment was assessed at a fine of $75 and confinement in jail for three days.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.